# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
#### 1:19 CV 279 MR WCM

| | | |
|---|---|---|
| DORIS SHETLEY and DENNIS SHETLEY | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | ORDER |
| ETHICON, INC. and JOHNSON & JOHNSON, | ) ) ) | |
| Defendants. | ) ) ) | |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 10) filed by Scott M. Anderson. The Motion indicates that Mr. Anderson, a member in good standing of the Bar of this Court, is local counsel for Plaintiffs and that he seeks the admission of Melanie H. Muhlstock, who the Motion represents as being a member in good standing of the Bar of the State of New York. It further appears that the requisite admission fee has been paid.

Accordingly, the Court **GRANTS** the Motion (Doc. 10) and **ADMITS** Melanie H. Muhlstock to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: January 13, 2020

W. Carleton Metcalf
United States Magistrate Judge