# THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## CIVIL CASE NO. 1:19-cv-00279-MR-WCM

| | |
|---|---|
| DORIS SHETLEY and DENNIS SHETLEY, ) ) ) | |
| Plaintiffs, ) ) | |
| vs. ) | **O R D E R** |
| ) | |
| ETHICON, INC. and JOHNSON & JOHNSON, ) ) ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss without Prejudice [Doc. 21].

Upon review of the parties' motion,

**IT IS, THEREFORE, ORDERED** that the parties' Joint Motion to Dismiss [Doc. 21] is **GRANTED**, and all the Plaintiffs' claims against the Defendants are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**. Signed: April 17, 2020

Martin Reidinger
United States District Judge