# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Doris Shetley | ) | JUDGMENT IN CASE |
| Dennis Shetley, | ) | |
| | ) | |
| Plaintiffs, | ) | 1:19-cv-00279-MR-WCM |
| | ) | |
| vs. | ) | |
| | ) | |
| Johnson & Johnson | ) | |
| Ethicon, Inc., | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 17, 2020 Order.

April 17, 2020

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court